IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHAWN HAMILTON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:18-cv-05635 |
| | ) | |
| v. | ) | Hon. Harry D. Leinenweber |
| | ) | |
| SARA'S CITY WORKOUT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, counsel for the parties herein, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action shall be and hereby is dismissed with prejudice and without attorneys' fees or costs. The parties hereby waive all rights of appeal.

Dated: February 11, 2019

| SARA'S CITY WORKOUT, INC. | SHAWN HAMILTON |
|---|---|
| By: /s/ *Cardelle B. Spangler (w/permission)* | By: /s/ *Michael A. Faccenda* |
| Cardelle B. Spangler<br>Heather L. Kriz<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, Illinois 60601<br>Tel: (312) 558-5600<br>Fax: (312) 558-5700<br>cspangler@winston.com<br>hkriz@winston.com | Michael A. Faccenda<br>Christopher P. Connors<br>901 West Hillgrove Avenue<br>La Grange, IL 60525<br>Tel: (708) 497-3077<br>maf@connorsfaccenda.com<br>cpc@connorsfaccenda.com |

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 11th day of February 2019, he caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Northern District of Illinois of the United States District Court using the CM/ECF system and thereby served upon:

Cardelle B. Spangler
Heather L. Kriz
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
cspangler@winston.com
hkriz@winston.com

                                              /s/ *Michael A. Faccenda*